RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS
Case Docket Number

```
***************************************************************
                                                          *
Syed N Alam,                                              *
Plaintiff                                                 *
                                                          *
v.                                                        *
                                                          *
Michael Chertoff                                          *
Secretary, US Department of Homeland Security;            *
Eduardo Aguirre, Jr.                                      *
Director, US Citizenship And Immigration Services;        *
Denis Riordan                                             *
Boston District Director, US Citizenship and Immigration Services,  *
Defendants                                                *
                                                          *
***************************************************************
```

## COMPLAINT FOR MANDAMUS

### I.    INTRODUCTION

The Plaintiff, by and through his undersigned Attorney, bring this civil action for

mandamus to compel Defendant and those acting them to rule upon the Application for

Adjustment of Status to Lawful Permanent Resident (I-485 Application) duly filed by the

Plaintiff on or about May 7, 1999.

### II.    THE PARTIES

1. The Plaintiff Syed N. Alam (Alien Number 73 132 989) ("Plaintiff") is a

    native and citizen of Pakistan who currently resides at 221 Kelton Street, Apt.

    # 7, Allston, Massachusetts.

2. The Defendant, Michael Chertoff, is the Acting Secretary of the US

    Department of Homeland Security ("DHS"), and this action is brought against

him in his official capacity. He is charged with enforcement of the Immigration and Nationality Act ("INA"), and is further authorized to delegate such powers and authority to subordinate employees of DHS, including but not limited to, the US Citizenship and Immigration Services ("USCIS"). USCIS is the agency within DHS to whom the Secretary's authority regarding the adjudication of I-485 applications has in part been delegated, and is subject to the Secretary's supervision.

3. The Defendant, Eduardo Aguirre, Jr., is the Director of USCIS and this action is brought against him in his official capacity. He is the official generally charged with supervisory authority over all operations of USCIS. In particular, he is responsible for the adjudication of applications by aliens to adjust status, pursuant to section 245 of the INA, 8 USC section 1255.

4. The Defendant, Denis Riordan, is the Director of the Boston District Office of USCIS and this action is brought against him in his official capacity. He is the official generally charged with supervisory authority over all operations of USCIS within his district with certain specific exceptions not relevant here. As will be shown, Defendant District Director is the official directory charged with adjudicating Plaintiff's applications for adjustment of status.

## III. *JURISDICTION AND VENUE*

5. This is a civil action brought pursuant to 28 USC section 1361 (the Mandamus Act), 28 USC section 1331, and 5 USC section 551 *et seq.* (the Administrative Procedures Act), 5 USC section 555(b), and 5 USC section 706(1) to compel

Defendants and those working under them to perform a duty that they owe to the Plaintiffs.

6. Costs and fees will be sought pursuant to the Equal Access to Justice Act, 5 USC section 504, 28 USC section 2412(d), et seq.

7. Venue is properly with this Court, pursuant to 28 USC section 1391(e), the aforementioned laws and sources identified above in # 5 and # 6 above and other, in that this is an action against officers and agencies of the United States in their official capacities , brought in the District where, upon information and belief, a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, an interview was conducted regarding Plaintiff's application for adjustment of status at the Boston office of USCIS and, to Plaintiff's knowledge, remains pending there.

### IV.  *REMEDY*

8. Plaintiff is seeking an Order to compel the Defendants and those working under them to adjudicate the Plaintiff's pending application for Adjustment of Status and an award of reasonable attorney's fees and costs associated with bringing said action.

### V.  *STATEMENT OF THE FACTS*

9. On or about May 7, 1999, Plaintiff filed an Application for Adjustment of Status to Lawful Permanent Resident (I-485) with the INS (now USCIS) Service Center in Boston, Massachusetts, which is the proper filing place for such relative-based I-485 applications. A copy of this I-485 Application is attached hereto as Exhibit A.

10. Plaintiff's I-485 Application was based upon an approved I-130 Relative
    Petition I-130 filed on his behalf by his spouse. A copy of the I-130 Approval
    Notice is attached hereto as Exhibit B.

11. Through the filing of the I-485 Application, Plaintiff was seeking adjustment
    to lawful permanent resident status (a "Green Card"). Plaintiff was eligible to
    apply for such status as a result of the approval of the I-130 Relative Petition
    filed on Plaintiff's behalf by Plaintiff's spouse.

12. On or about July 20, 2000, the Defendants through their designated agent
    (USCIS Examinations Officer) interviewed the Plaintiff and his spouse on his
    Applications at the USCIS Regional Office in Boston, Massachusetts.

13. USCIS Examinations Officer made no decision on the Application at time of
    the interview, and no decision has since that time been rendered and
    communicated to Plaintiff.

14. Plaintiff, through Counsel and otherwise, has made repeated efforts to secure
    a decision from USCIS. For example, in addition to numerous telephone
    inquiries, physical visits to USCIS, Plaintiff has sent at least **13** written
    requests for adjudication to USCIS from December 2, 2002 up to and
    including May 12, 2005. A copy of this correspondence and documentation is
    attached hereto as Exhibit C.

15. USCIS documentation states "DAO Somers was contacted and indicated that
    application is approvable." A copy of this correspondence and documentation
    is attached hereto as Exhibit D.

16. Though "Status as a lawful permanent resident of the United States is

accorded" already to Mr. Alam and "has been granted" already according to government records, he has never been formally notified of same and still remains in perpetual limbo with limited rights and remedies. A copy of this correspondence and documentation is attached hereto as Exhibit E.

17. Mr. Alam complied with and continues to comply with all Special Registration immigration requirements. A copy of this correspondence and documentation is attached hereto as Exhibit F.

18. As of the date of this Complaint, there has been no formal final decision issued by the Defendants on the Plaintiff's Application for Adjustment of Status.

19. Defendants have failed, neglected and refused to adjudicate Plaintiff's Application.

20. Plaintiff has no administrative remedies available.

21. Defendants have arbitrarily, willfully and unreasonably delayed the adjudication of Plaintiff's Application.

22. As a result of Defendants' willful and unreasonable delay in adjudicating Plaintiff's Application, Plaintiff has been prejudiced and otherwise irreparably harmed. Until Plaintiff's Application has been adjudicated, Plaintiff is unable to travel overseas to visit his family, unable to plan for the future, unable to accrue time as lawful permanent resident for eventual qualification for U.S. citizenship, and he is constantly fearful he will suffer deportation at some future date.

23. Plaintiff has been further damaged in that his employment authorization is tied

to his status as an applicant for permanent residency and is limited to increments not to exceed one year. Thus, Plaintiff will be forced to repeatedly apply for and pay for extensions of employment authorization to the continued inconvenience of and harassment of Plaintiff.

24. Defendants owe Plaintiff the duty to adjudicate Plaintiff's Application for Adjustment of Status and have unreasonably failed, neglected and refused to perform that duty.

25. No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE Plaintiff prays this Honorable Court:

- Order Defendants to have their agents rule upon Plaintiff's Application;
- Grant such other and further relief as this Honorable Court deems proper under the circumstances; and
- Grant attorney's fees, costs and expenses of this action pursuant to the Equal Access to Justice Act (EAJA) and any other applicable laws, rules and regulations.

Respectfully submitted,

Plaintiff
By his Attorney
The Law Offices of Mark E. Pelosky, P.C.

Mark E. Pelosky, Esq.
BBO #635022
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway, Suite 207, Chelsea, Massachusetts 02150
617-884-8100

May 19, 2005

# *Commonwealth Receivables, Inc.*

po box 1370, framingham, ma 01701 / tel. 508-788-9269 / toll free 888-267-6880 / fax 508-788-6938

*EXTENDED HOURS:*
*mon-fri 8:00 a.m. – 8:00 p.m.*
*saturday 9:00 a.m. 5:00 p.m.*

C-600837.
NANCY S MAC IPPALD
NANCY S MACDONALD
81 EVERETT ST
ARLINGTON, MA 02474

August 30, 2004

Re:  $1,988.84 due and owing Commonwealth Receivables on
Providian Bank Visa Card #4479-4804-0115-4909

**Our File #: C-600837**

Dear NANCY S MAC IPPALD:

**PLEASE BE ADVISED THAT THIS OFFICE HAS FILED A SUIT AGAINST YOU IN THE BOSTON MUNICIPAL COURT.**

In the weeks to come, you will be receiving both registered and regular mail from the BOSTON MUNICIPAL COURT summoning you to appear for trial.

In a final attempt to resolve this matter amicably and without further costs to you, we urge you to contact this office at your earliest convenience.

Our representatives are willing to work with you on this matter so that **your appearance in court may not be necessary**. However, failure to contact this office to resolve this matter will result in our pursuing any and all remedies available.

This letter and all communications from this office are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

Sincerely,

Chad Goldst

Chad Goldstone
President

L125

**EXHIBIT 3**

# *Commonwealth Receivables, Inc.*

po box 1370, framingham, ma 01701 / tel. 508-788-9269 / toll free 888-267-6880 / fax 508-788-6938

*EXTENDED HOURS:*
*mon-fri 8:00 a.m. – 8:00 p.m.*
*saturday 9:00 a.m. 5:00 p.m.*

C-600837.
NANCY S MAC IPPALD
NANCY S MACDONALD
81 EVERETT ST
ARLINGTON, MA   02474

September 26, 2004

Re:   $1,988.84 due and owing Commonwealth Receivables on
        Providian Bank Visa Card #4479-4804-0115-4909

**Our File #: C-600837**

Dear NANCY S MAC IPPALD:

**PLEASE BE ADVISED THAT THIS OFFICE HAS FILED A SUIT AGAINST YOU IN THE BOSTON MUNICIPAL COURT.**

In the weeks to come, you will be receiving both registered and regular mail from the BOSTON MUNICIPAL COURT summoning you to appear for trial.

In a final attempt to resolve this matter amicably and without further costs to you, <u>we urge you to contact this office at your earliest convenience.</u>

Our representatives are willing to work with you on this matter so that **your appearance in court may not be necessary**. However, failure to contact this office to resolve this matter will result in our pursuing any and all remedies available.

This letter and all communications from this office are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

Sincerely,

*Chad Goldst*

Chad Goldstone
President

L125

**EXHIBIT 4**

# *Commonwealth Receivables, Inc.*

po box 1370, framingham, ma 01701 / tel. 508-788-9269 / toll free 888-267-6880 / fax 508-788-6938

*EXTENDED HOURS:*
*mon-fri 8:00 a.m. – 8:00 p.m.*
*saturday 9:00 a.m. 5:00 p.m.*

C-600837 .

NANCY S MAC IPPALD
NANCY S MACDONALD
81 EVERETT ST
ARLINGTON, MA   02474

March 4, 2005

Re:   $1,988.84 due and owing Commonwealth Receivables on
      Providian Bank Visa Card #4479-4804-0115-4909

**Our File #: C-600837**

Dear NANCY S MAC IPPALD:

**PLEASE BE ADVISED THAT THIS OFFICE HAS FILED A SUIT AGAINST YOU IN THE BOSTON MUNICIPAL COURT.**

In the weeks to come, you will be receiving both registered and regular mail from the BOSTON MUNICIPAL COURT summoning you to appear for trial.

In a final attempt to resolve this matter amicably and without further costs to you, we urge you to contact this office at your earliest convenience.

Our representatives are willing to work with you on this matter so that **your appearance in court may not be necessary**. However, failure to contact this office to resolve this matter will result in our pursuing any and all remedies available.

This letter and all communications from this office are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

Sincerely,

*Chad Goldst*

Chad Goldstone
President

L125

**EXHIBIT 5**

# *Commonwealth Receivables, Inc.*

po box 1370, framingham, ma 01701 / tel. 508-788-9269 / toll free 888-267-6880 / fax 508-788-6938

*EXTENDED HOURS:*
*mon-fri 8:00 a.m. – 8:00 p.m.*
*saturday 9:00 a.m. 5:00 p.m.*

600837.
NANCY S MACDONALD
81 EVERETT ST
ARLINGTON   MA  02474

April 26, 2005

Re:   $2009.84 due and owing Commonwealth Receivables on
      Providian Bank Visa Card #4479-4804-0115-4909
      Civil Action #05SC0765 CAMBRIDGE DISTRICT COURT

**Our File #: C-600837**

Dear Nancy S Mac Ippald:

In a final attempt to resolve this matter prior to the upcoming court hearing, we urge you to contact this office at your earliest convenience.

Our representatives are willing to work with you on this matter prior to the court date. However, failure to contact this office to resolve this matter will result in our pursuing any and all remedies available.

This letter and all communications from this office are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

Sincerely,

Chad Goldstone
President

L130

**EXHIBIT 6**

# *Commonwealth Receivables, Inc.*

po box 1370, framingham, ma 01701 / tel. 508-788-9269 / toll free 888-267-6880 / fax 508-788-6938

*EXTENDED HOURS:*
*mon-fri 8:00 a.m. – 8:00 p.m.*
*saturday 9:00 a.m. 5:00 p.m.*

C-600837.

NANCY S MACDONALD
81 EVERETT ST
ARLINGTON, MA   02474

April 26, 2005

Re:   $2009.84 due and owing Commonwealth Receivables on
      Providian Bank Visa Card #4479-4804-0115-4909

   **Our File #: C-600837**

Dear NANCY S MACDONALD:

## PLEASE BE ADVISED THAT THIS OFFICE HAS FILED A SUIT AGAINST YOU IN THE CAMBRIDGE DISTRICT COURT.

In the weeks to come, you will be receiving both registered and regular mail from the CAMBRIDGE DISTRICT COURT summoning you to appear for trial.

In a final attempt to resolve this matter amicably and without further costs to you, we urge you to contact this office at your earliest convenience.

Our representatives are willing to work with you on this matter so that **your appearance in court may not be necessary**. However, failure to contact this office to resolve this matter will result in our pursuing any and all remedies available.

This letter and all communications from this office are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

Sincerely,

*Chad Goldst*

Chad Goldstone
President

L125

**EXHIBIT 7**

# *Commonwealth Receivables, Inc.*

po box 1370, framingham, ma 01701 / tel. 508-788-9269 / toll free 888-267-6880 / fax 508-788-6938

*EXTENDED HOURS:*
*mon-fri 8:00 a.m. – 8:00 p.m.*
*saturday 9:00 a.m. 5:00 p.m.*

C-600837.

NANCY S MACDONALD
81 EVERETT ST
ARLINGTON, MA   02474

April 27, 2005

Re:    $2009.84 due and owing Commonwealth Receivables on
       Providian Bank Visa Card #4479-4804-0115-4909

   Civil Action #**05SC0765**
   **CAMBRIDGE DISTRICT COURT**

   **Our File #: C-600837**

Dear NANCY S MACDONALD:

In a final attempt to resolve this matter prior to the upcoming court hearing, we urge you to contact this office at your earliest convenience.

Our representatives are willing to work with you on this matter prior to the court date. However, failure to contact this office to resolve this matter will result in our pursuing any and all remedies available.

This letter and all communications from this office are attempts to collect the debt owed and any and all information obtained will be used for that purpose.

Sincerely,

*Chad Goldt*

Chad Goldstone
President

L130

**EXHIBIT 8**

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053

**Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

| FOR INS USE ONLY |
|---|

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name ALAM | Given Name Syed | Middle Initial    N |

Address - C/O

| Street Number and Name    221 kelton street | Apt. # 7 |
|---|---|

City    ALLSTON

| State    MA | Zip Code    02134 |
|---|---|

| Date of Birth (month/day/year)    4-15-1965 | Country of Birth    Pakistan |
|---|---|

| Social Security #    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 | A # (if any)    73-132-989 |
|---|---|

| Date of Last Arrival (month/day/year)    03-23-94 | I-94 #    471 02546404 |
|---|---|

| Current INS Status    Exclusion hearing 4-6-1994 | Expires on (month/day/year)    04-06-94 |
|---|---|

### Part 2. Application Type.    (Check one)

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other-explain _____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and:    (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☒ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

To Be Comple
Attorney or Represent
☐ Fill in box if G-28 is at
   the applicant
VOLAG#

ATTY State License #

0060 002

05/07/00

220.00

559925

*EXHIBIT A*

**148**

Form I-485 (09-09-92)N    *Continued on back.*

## Part 3. Processing Information

**③** STORE MGR.

| A. City/Town/Village of Birth    KARACHI | Current occupation    GAS STATION A̶ |
|---|---|
| Your mother's first name    FATIMA | Your father's first name    SYED NAZIR |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

SYED NADEEM ALAM

| Place of last entry into the U.S. (City/State)    NEW YORK | In what status did you last enter?    (Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.) |
|---|---|
| Were you inspected by a U.S. Immigration Officer?    ☒ Yes ☐ No | PAROLEE |
| Nonimmigrant Visa Number | Consulate where Visa was issued |

| Date Visa was issued (month/day/year) | Sex:    ☒ Male ☐ Female | Marital Status:    ☒ Married ☐ Single ☐ Divorced ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?    ☐ No    ☐ Yes (give date and place of filing and final disposition):

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name    CASTILLO | Given Name    LIUVANNIA | Middle Initial | Date of Birth (month/day/year)    07-16-76 |
|---|---|---|---|
| Country of Birth    CUBA | Relationship    WIFE | A #    25-427-473 | Applying with you?    ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship    ~~OTHR~~ | A # | Applying with you?    ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?    ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?    ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?    ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? *No record expunged or sealed*
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?
   
   ☐ Yes   ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?
   
   ☐ Yes   ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?
   
   ☐ Yes   ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?
   
   ☐ Yes   ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?
   
   ☐ Yes   ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?
   
   ☐ Yes   ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?
   
   ☐ Yes   ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?
   
   ☐ Yes   ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? *EXCLUDED IN 1994 NYC MOTION TO REOPEN DISALLOWED 1997*
   
   ☒ Yes   ☐ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?
    
    ☐ Yes   ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?
    
    ☐ Yes   ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement or obtained a waiver?
    
    ☐ Yes   ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?
    
    ☐ Yes   ☒ No

14. Do you plan to practice polygamy in the U.S.?
    
    ☐ Yes   ☒ No

Form I-485 Rev. 09-09-92)N                *Continued on back*

**Part 4.  Signature.**   *(Read the information on penalties in the instructions before completing this section.  You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | SYED NADEEM ALAM | 5/7/99 | (617) 734-6567 |

**Please Note:**   *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.   Signature of person preparing form if other than above.**          *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
|  | KERBY ROBERSON, ESQ. | 5/7/99 | 617-361-4100 |

Firm Name and Address    ROBERSON & ASSOCIATES, P.C.
1234 Hyde Park Avenue, Suite 207, Hyde Park, MA 02136

*All this is true, including Changes 1—10 in red,*

X *J. Roberson*

DATE ... ...
1-20-00

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-98-037-54564 | | CASE TYPE   I130    IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE November 20, 1997 | PRIORITY DATE November 12, 1997 | PETITIONER   A25 427 473 CASTILLO, LIUVANNIA |
| NOTICE DATE October 22, 1998 | PAGE 1 of 1 | BENEFICIARY   A73 132 989 ALAM, SYED N. |

| LIUVANNIA CASTILLO 221 KELTON STREET #7 ALLSTON MA 02134 | Notice Type:  Approval Notice Section: Husband or wife of permanent resident, 203(a)(2)(A) INA |
|---|---|

Courtesy Copy: Original sent to: ROBERSON ESQ, KERBY

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The information submitted with the petition shows that the person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or applies for an immigrant visa, this approved petition will be stored in this office. If the person for whom you are petitioning becomes eligible to adjust status based on this petition, he or she should submit a copy of this notice with Form I-485, Application for Permanent Residence. Form I-485 may be obtained at the local INS office.

If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-3160



EXHIBIT
B

Form I-797C (Rev. 09/07/93)N

**From:** "Fairfax, John P" <John.Fairfax@dhs.gov>
**To:** ""mark pelosky" " <mpelosky@lycos.com>
**CC:**
**Subject:** RE: A # 73 132 989 - 3rd request and notice
**Date:** Wed, 18 May 2005 14:03:00 -0400

Mr. Pelosky,

Unfortunately, since our last correspondence there has been no change to the
status of Mr. Alam's application.

Sincerely,

John Fairfax

_____Reply Separator_____
Subject:    Re: A # 73 132 989  - 3rd request and notice
Author: "mark pelosky" <SMTP:mpelosky@lycos.com>
Date:     5/12/2005 3:39 PM

Please see the correspondence below and attached. This is at least our third
formal request for information from you and we have yet to receive
a response.  Note we now intend to proceed to federal court in this
matter forthwith and will therein seek attorney's fees, costs and
expenses.  Please therefore respond to this request below
immediately or otherwise be hereby notified all available remedies
at law and in equity shall be pursued forthwith.  Thank you. We
look forward to hearing from you.

Regards,

Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway    Suite 207   Chelsea, Massachusetts 02150   USA
PO Box 742    Taunton, Massachusetts 02780   USA
Facsimile 617 884 1654
Telephone - Office 617 884 8100; Telephone - Cell 617 291 6645
www.theimmigrantsattorney.com        mpelosky@theimmigrantsattorney.com

| Togo, West Africa | U.S. Peace Corps | 1988 - 1990 |
| Cambodia | United Nations | 1993 |
| Bosnia and Herzegovina | United Nations | 1996 |
| Yugoslavia | United Nations and OSCE | 1998 |
| Kosovo | United Nations and OSCE | 2000 |
| Kosovo | United Nations and OSCE | 2001 |
| United Arab Emirates & Kuwait | AIM International, Inc. | 2002 |
| Montenegro | Organization for Security and | 2002 |
| Cooperation in Europe (OSCE) | | |
| Egypt & Morocco | AIM International, Inc. | 2003 |
| Saudi Arabia | AIM International, Inc. | 2003 |
| Belarus | OSCE | 2004 |

CONFIDENTIALITY NOTICE: This e-mail message (including attachments)
is covered by the Electronic Communications Privacy Act, 18 U.S.C.
  2510-2521, and is intended only for the person or entity to

**EXHIBIT C**

which it is addressed and may contain confidential and/or
privileged material. Further, this e-mail may be protected by
attorney-client privilege and/or work-product doctrine. Any
unauthorized review, use, disclosure, dissemination, copying,
forwarding or distribution is strictly prohibited. If you are not
the intended recipient, or received this e-mail in error, please
contact the sender by reply e-mail and destroy all copies of the
original message. If you are the intended recipient but do not wish
to receive communications through this medium, please so advise the
sender immediately.

----- Original Message -----
From: "mark pelosky" <mpelosky@lycos.com>
To: "mark pelosky" <mpelosky@lycos.com>, fbinncp@ic.fbi.gov
Subject: Re: A # 73 132 989  - 2nd request
Date: Tue, 19 Apr 2005 15:19:39 -0500

>
> Please see the April 1, 2005 request below which we have not yet
> received a response to.  I have also left telephone messages but
> have not received any response back. Please review below and
> advise.  Or please inform me how we can help you expedite and
> respond to this request as soon as immediately possible.  Time is
> of the essence.  Your prompt attention to this matter is greatly
> appreciated. Thank you.
>
>
>
> Regards,
>
> Mark E. Pelosky, Esq.
> The Law Offices of Mark E. Pelosky, P.C.
> 375 Broadway    Suite 207   Chelsea, Massachusetts 02150  USA
> PO Box 742    Taunton, Massachusetts 02780   USA
> Facsimile 617 884 1654
> Telephone - Office 617 884 8100; Telephone - Cell 617 291 6645
> www.theimmigrantsattorney.com      mpelosky@theimmigrantsattorney.com
>
> Togo, West Africa                 U.S. Peace Corps                  1988 -
1990
> Cambodia                    United Nations             1993
> Bosnia and Herzegovina         United Nations               1996
> Yugoslavia                   United Nations and OSCE         1998
> Kosovo                  United Nations and OSCE      2000
> Kosovo                  United Nations and OSCE      2001
> United Arab Emirates & Kuwait     AIM International, Inc.         2002
>
> Montenegro                   Organization for Security and    2002
> Cooperation in Europe (OSCE)
> Egypt & Morocco               AIM International, Inc.       2003
> Saudi Arabia                 AIM International, Inc.       2003
> Belarus                OSCE                    2004
>
> CONFIDENTIALITY NOTICE: This e-mail message (including
> attachments) is covered by the Electronic Communications Privacy
> Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person
> or entity to which it is addressed and may contain confidential
> and/or privileged material. Further, this e-mail may be protected
> by attorney-client privilege and/or work-product doctrine. Any

```
> unauthorized review, use, disclosure, dissemination, copying,
> forwarding or distribution is strictly prohibited. If you are not
> the intended recipient, or received this e-mail in error, please
> contact the sender by reply e-mail and destroy all copies of the
> original message. If you are the intended recipient but do not
> wish to receive communications through this medium, please so
> advise the sender immediately.
>
>
>
> ----- Original Message -----
> From: "mark pelosky" <mpelosky@lycos.com>
> To: fbinncp@ic.fbi.gov
> Subject: A # 73 132 989
> Date: Fri, 01 Apr 2005 16:21:17 -0500
>
> >
> > THE LAW OFFICES OF MARK E. PELOSKY, P.C.
> > 375 Broadway, Suite 207, Chelsea, Massachusetts 02150
> > 64 Main Street, Taunton, Massachusetts 02780
> > www.theimmigrantsattorney.com
> mpelosky@theimmigrantsattorney.com
> > Fax (617) 884 1654
> > Tel. (617) 884 8100     (877) 884 5529     (617) 291 6645
> >
> > April 1, 2005
> > Diane Burger
> > fbinncp@ic.fbi.gov
> >
> > RE:   Syed Nadeem ALAM              Alien Number 73 132 989
> >
> >          ADJUSTMENT OF STATUS FOR ALIEN IN EXCLUSION PROCEEDINGS
> >
> >          INQUIRY AND REQUEST FOR EXPEDITED ACTION / DIRECTION
> >
> >
> > Dear Ms. Burger and FBI:
> >
> > Under cover of G-28, please be respectfully advised of The Law
> > Offices of Mark E. Pelosky, P.C.'s current representation of Mr.
> > Syed Nadeem ALAM.
> > Pursuant to my 3/21/5 and 4/1/5 telephone messages to you, the
> > purpose of this letter is to inquire about the status of Mr. Alam's
> > FBI "name / identity check." Our understanding is the local Boston
> > DHS Office submitted to the FBI an expedited request for Mr. Alam's
> > "name / identity check" on or about January 26, 2005 partially
> > because of our advocacy and partially because Mr. Alam's name check
> > has been pending for years.  While we remain hopeful progress can
> > be immediately made, Mr. Alam may as you know be forced to file a
> > writ of mandamus for same in Federal Court forthwith
> > Please address the aforementioned and take any and all necessary
> > and available steps to expedite the final processing of and
> > approval of Mr. Alam's pending adjustment of status application.
> > Any assistance you can provide in facilitating its swift
> > administration and approval would be greatly appreciated.  Time is
> > of the essence.  Your prompt attention to this matter is greatly
> > appreciated.
> > Please contact me if you are in need of further information in this
> > matter.  Otherwise we look forward to hearing from you at your
> > earliest convenience.  Thank you.
```

```
> >
> > Regards,
> > The Law Offices of Mark E. Pelosky, P.C.
> >
> >
> > Mark E. Pelosky, Esq.
> >
> > cc:     Syed Nadeem ALAM
> > Mr. John Fairfax, Supervisor
> > Adjudications Officer
> > US DHS - US Citizenship & Immigration Services
> > Exams / Room E - 140
> > JFK Federal Building     Government Center
> > Boston, MA 02203
> >
> > All copies sent via email only
> >
> > This original correspondence sent via email only
> >
> > --
> > _____
> > NEW! Lycos Dating Search. The only place to search multiple >
> dating sites at once.
> > http://datingsearch.lycos.com
> << FBI name check inquiry.1.doc >>
>
> --
> _____
> NEW! Lycos Dating Search. The only place to search multiple
> dating sites at once.
> http://datingsearch.lycos.com
```

FBINAMEC.DOC

Print

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
64 Main Street, Taunton, Massachusetts 02780
**www.theimmigrantsattorney.com        mpelosky@theimmigrantsattorney.com**
Fax (617) 884 1654
Tel. (617) 884 8100     (877) 884 5529       (617) 291 6645

April 1, 2005

Diane Burger
fbinncp@ic.fbi.gov

### RE:    Syed Nadeem ALAM                   Alien Number 73 132 989

### *ADJUSTMENT OF STATUS FOR ALIEN IN EXCLUSION PROCEEDINGS*

### *INQUIRY AND REQUEST FOR EXPEDITED ACTION / DIRECTION*

Dear Ms. Burger and FBI:

Under cover of G-28, please be respectfully advised of The Law Offices of Mark E. Pelosky,
P.C.'s current representation of Mr. Syed Nadeem ALAM.

Pursuant to my 3/21/5 and 4/1/5 telephone messages to you, the purpose of this letter is to inquire
about the status of Mr. Alam's FBI "name / identity check." Our understanding is the local Boston DHS
Office submitted to the FBI an expedited request for Mr. Alam's "name / identity check" on or about
January 26, 2005 partially because of our advocacy and partially because Mr. Alam's name check has
been pending for years. While we remain hopeful progress can be immediately made, Mr. Alam may as
you know be forced to file a writ of mandamus for same in Federal Court forthwith

Please address the aforementioned and take any and all necessary and available steps to expedite
the final processing of and approval of Mr. Alam's pending adjustment of status application. Any
assistance you can provide in facilitating its swift administration and approval would be greatly
appreciated. Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look
forward to hearing from you at your earliest convenience. Thank you.

Regards,
The Law Offices of Mark E. Pelosky, P.C.

Mark E. Pelosky, Esq.

cc:    Syed Nadeem ALAM

1





Click here to print this screen

| | | | |
|---|---|---|---|
| Name: | **Syed Nadeem Alam** | | |
| Appointment Type: | **Information Question** | | |
| Confirmation No.: | **BOS-04-27103** | Authentication Code: | **df5** |
| Appointment Date: | **January 5, 2005** | Appointment Time: | **1:20 PM** |
| Location: | **JFK FEDERAL BUILDING, GOVERNMENT CENTER, Boston, MA 02203; Room E-160** | | |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- Please note, if you need to file an I-90 application to replace an expired Form I-551 "Green Card", you cannot make an appointment using Infopass. These application must be filed at the Application Support Center on 170 Portland Street in Boston and you may call 1-800-375-5283 to schedule an appointment.

This is your Confirmation Number:

**||||||||||||||||||||||||||||||**
**\* B 0 S − 0 4 − 2 7 1 0 3 \***

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*28268*

Thank you for using InfoPass
Return to USCIS On-Line

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
**www.theimmigrantsattorney.com**          **mpelosky@theimmigrantsattorney.com**
Fax (617) 884 1654
Tel. (617) 884 8100     (617) 291 6645     (617) 290 9231

November 8, 2004

Mr. John Fairfax, Supervisor
Adjudications Officer
US DHS – US Citizenship & Immigration Services
Exams / Room E – 140
JFK Federal Building     Government Center
Boston, MA 02203

RE:   **Syed Nadeem ALAM**                    **Alien Number 73 132 989**
     *ADJUSTMENT OF STATUS FOR ALIEN IN EXCLUSION PROCEEDINGS*

Dear Mr. Fairfax:

Under cover of G-28, please again be respectfully advised of The Law Offices of Mark E. Pelosky, P.C.'s current representation of Mr. Syed Nadeem ALAM.

Per our many recent communications regarding this matter, please note Linda Ellen, Federal Bureau of Investigation (FBI) Clerk in West Virginia at 304 625 5590, on November 3, 2004 confirmed Mr. Alam's fingerprints analysis was undertaken by the FBI on April 7, 2004, *See Exhibit A,* and January 28, 2003; In both instances, Mr. Alam's fingerprint analysis results were thereafter sent to INS – Vermont on those same days or the immediate business day thereafter (and Ms. Ellen believes Boston CIS should have then and now electronic access to those same results). Ms. Ellen is part of the FBI Criminal Justice Information System (CJIS), and other relevant contact telephone numbers there are 304 625 2000.

Please address the aforementioned and take any and all necessary and available steps to expedite the processing of Mr. Alam's pending adjustment of status application. Any assistance you can provide in facilitating its swift administration and approval would be greatly appreciated. Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Thank you.

Regards,

Mark E. Pelosky, Esq.

cc:     Syed Nadeem ALAM

Attachment

Sent via facsimile to 617 565 4757 and first class mail

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
64 Main Street, Taunton, Massachusetts 02780
**www.theimmigrantsattorney.com          mpelosky@theimmigrantsattorney.com**
Fax (617) 884 1654
Tel. (617) 884 8100     (617) 291 6645     (617) 290 9231

December 11, 2003

Denis C. Riordan,
Interim District Director
US DHS – US Citizenship & Immigration Services
Exams / Room E – 170
JFK Federal Building      Government Center
Boston, MA 02203

**RE:   Syed Nadeem ALAM                        Alien Number 73 132 989**

*ADJUSTMENT OF STATUS FOR ALIEN IN EXCLUSION PROCEEDINGS*

*INQUIRY AND REQUEST FOR EXPEDITED ACTION / DIRECTION*

Dear District Director Riordan:

Under cover of G-28, please again be respectfully advised of The Law Offices of Mark E. Pelosky, P.C.'s current representation of Mr. Syed Nadeem ALAM.

Pursuant to direction provided to me by your office's Secretary Nancy Ingalls during our December 2, 2003 telephone conversation, please note the purpose of this correspondence is to again request your immediate assistance in the final adjudication of Mr. Alam's pending application for adjustment of status. We again request an in-person meeting with you or other appropriate staff to address this matter as efficiently as possible. We finally also request a status update on this matter and any alternative direction(s) if contacting you for these reasons is inappropriate in any way.

In exclusion proceedings, jurisdiction over an alien's application for adjustment of status generally lies with the district director of the Immigration and Naturalization Service. *See, e.g.*, Matter of Castro, I&N Dec. 379 (BIA 1996).

By way of background, please note the following:

1

1.  Mr. Alam is a citizen of Pakistan born on April 15, 1965 who was paroled into the United States on or about March 23, 1994 to apply for Political Asylum;

2.  Mr. Alam appeared for Immigration proceedings he had proper notice of;

3.  Mr. Alam did not have proper notice of certain proceedings, and was ordered excluded from the United States *in abstentia* in 1994 in New York Immigration Court;

4.  INS at all relevant times was using different incorrect addresses for Mr. Alam {*See, e.g.,* FOIA – 123, 282, 289} even though he did notify INS of his change of address;

5.  Mr. Alam did not upon his arrival in the United States at all relevant times understand English, immigration proceedings, and other;

6.  Mr. Alam has at all relevant times acted in good faith {*See, e.g.,* FOIA – 116};

7.  On or about November, 1996, other attorneys for Mr. Alam purportedly filed Motion to Reopen Proceedings and Motion to Stay Deportation Order;

8.  Mr. Alam married a United States citizen (Luviannia Castillo) in good faith on June 9, 1997 who subsequently filed a Relative Petition and Adjustment of Status application on Mr. Alam's behalf (said marriage being "bona fide" {FOIA – 44});

9.  The Relative Petition filed by Mr. Alam's US citizen spouse was approved on or about October 22, 1998 or "10/21/98" {FOIA – 44};

10. Mr. Alam has had employment authorization since 1997, and has timely paid his state and federal taxes;

11. Mr. Alam and his US citizen spouse interviewed with INS on or about January 20, 2000, but since that time has heard nothing with regards to the adjudication of his adjustment of status application;

12. "DAO Somers was contacted and indicated that application is approvable" {FOIA - 30};

13. Mr. Alam through former counsel filed an I-212 Application for Permission to Reapply for Admission into the US After Deportation or Removal on or about February 8, 2000 {FOIA – 166};

14. Said I-212 "blanket waiver [was] granted" {FOIA – 145}, though Mr. Alam had no notice thereof and at all relevant times was without financial and other capacities to act upon same;

15. Mr. Alam submitted fingerprints to INS on or about September 17, 2001, per INS direction;

16. Mr. Alam has never been charged with a crime of any sort aside from the instant immigration proceedings;

17. Mr. Alam's mother in law passed away two years ago, and his father in law is currently quite ill though Mr. Alam does as the sole financial supporter for him and his wife assist with the caring for and providing of substantial financial support for his father in law's medical expenses;

18. Mr. Alam complied with and continues to comply with all Special Registration immigration requirements;

19. Though this is the 4th or 5th letter to you regarding Mr. Alam, the first sent to you on December 2, 2002, we have received no response from you and do not feel this is appropriate {FOIA – 4, 7-18, 21 – 26};

20. The result of an earlier letter to you was the placement of Mr. Alam on an Order of Supervision through BICE, beginning in April, 2003 and requiring him to report to INS monthly {FOIA – 19};

21. On December 1, 2003, Mr. Alam's good moral character and excellent reporting record compelled BICE to no longer require Mr. Alam to report monthly but rather now report every 3 months;

22. USDOJ / USDHS still retains Mr. Alam's original passport;

3

23. Though "Status as a lawful permanent resident of the United States is accorded" already to Mr. Alam and "has been granted" already according to government records {FOIA – 145, 146}, he has never been formally notified of same and still remains in perpetual limbo with limited rights and remedies;

24. Other.

Documents obtained through Freedom of Information Act requests and other can be provided to substantiate the representations contained herein.

Mr. Alam reserves the right to modify, amend or supplement this correspondence as necessary and cannot be bound to same. Mr. Alam further reserves all rights available at law and in equity.

Please advise about the status of and take any and all necessary and available steps to expedite the processing of Mr. Alam's pending adjustment of status application. Any assistance you can provide in facilitating its swift administration and approval would be greatly appreciated.

*__Kindly note this matter has now been pending for years, literally, and we are told you now are the only entity which can now further this process along. If you are not the appropriate to contact to resolve this matter, please notify me who we should contact in the alternative. And / or, alternatively, please advise us how we can most effectively and most expeditiously move this process forward as soon as possible.__*

Please process, record and file these documents accordingly. Please inform me of any and all matters relating to Syed Nadeem ALAM, and provide me with all information requested as soon as possible. Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look forward to hearing from you at your earliest convenience. If I do not hear from you on or before December 23, 2003, I shall telephone you on that same day in the afternoon. Thank you.

Regards,

4

Mark E. Pelosky, Esq.

cc:    Syed Nadeem ALAM

       Ms. Nancy Ingalls, Secretary
       Office of the District Director

       Office of the District Counsel

Attachment

Sent certified mail, return receipt requested

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re: $I - 130$ | Date: 11/21/2 |
| | File No. A 73 132 939 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Syed Nadeem ALAM | ☐ Petitioner  ☒ Beneficiary | ☐ Applicant |
|---|---|---|

Address: (Apt. No.) (Number & Street)   (City)   (State)   (Zip Code)
221   Kelton Street.   Apt. 4   Allston, MA   02134

| Name: | ☐ Petitioner  ☐ Beneficiary | ☐ Applicant |
|---|---|---|

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

Check Applicable Item(s) below:

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Supreme Judicial Court   Massachusetts   and am not under a court or administrative agency
_Name of Court_
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS The Law Offices of Mark E. Pelosky, P.C. 375 Broadway  Suite 207  Chelsea, MA 02150 |
|---|---|
| NAME (Type or Print) Mark E. Pelosky, Esq. | TELEPHONE NUMBER 617 884 8100 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Mark E. Pelosky, Esq.   The Law office of Mark E. Pelosky, P.C.
_(Name of Attorney or Representative)_

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
I-130 and other related immigration proceedings

| Name of Person Consenting Syed Nadeem ALAM | Signature of Person Consenting Nadeem Alam | Date 11/21/02 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
64 Main Street, Taunton, Massachusetts 02780
**www.theimmigrantsattorney.com          mpelosky@theimmigrantsattorney.com**
Fax (617) 884 1654
Tel. (617) 884 8100    (617) 291 6645    (617) 290 9231
June 23, 2003

District Director Riordan
Office of the District Director     17th Floor
Immigration & Naturalization Service
United States Department of Homeland Security
JFK Federal Building     Government Center
Boston, MA 02203

### RE:   Syed Nadeem ALAM                    Alien Number 73 132 989

Dear District Director Riordan:

Under cover of G-28, please again be respectfully advised of The Law Offices of Mark E. Pelosky, P.C.'s
current representation of Mr. Syed Nadeem ALAM.

### Though we know you are extremely busy, our tipping point of frustration has unfortunately now passed.

Attached you will find three separate letters to your office since December, 2002 to which we have not
yet received any written responses. Though Secretary Ingalls has been helpful, the results of our diligence
and her efforts is the recent placement of Mr. Alam under an Order of Supervision. When I spoke with
her by telephone on June 10, 2003 to follow up on our most recent correspondence to your office, I was
instructed to again "write the District Director."

Please advise about the status of and take any and all necessary and available steps to expedite the
processing of Mr. Alam's currently-pending I-130 Relative Petition. Any assistance you can provide in
facilitating its swift administration and approval would be greatly appreciated. Kindly note said Relative
Petition has now been pending for years, literally.

Please process, record and file these documents accordingly. Please inform me of any and all matters
relating to Syed Nadeem ALAM, and provide me with all information requested as soon as possible.
Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look forward to
hearing from you at your earliest convenience. Thank you.

Regards,
Mark E. Pelosky, Esq.

cc:     Syed Nadeem ALAM

        Ms. Nancy Ingalls, Secretary
        Office of the District Director

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
www.theimmigrantsattorney.com        mpelosky@theimmigrantsattorney.com
Fax (617) 884 1654
Tel. (617) 884 8100    (617) 291 6645    (617) 290 9231
April 18, 2003

Ms. Nancy Ingalls, Secretary
Office of the District Director    17th Floor
Immigration & Naturalization Service
United States Department of Homeland Security
JFK Federal Building    Government Center
Boston, MA 02203

Mr. James Martin, SDDO
Deportation Office
Bureau of Immigration and Customs Enforcement
17th Floor
Immigration & Naturalization Service
United States Department of Homeland Security
JFK Federal Building    Government Center
Boston, MA 02203

      **RE:**   **Syed Nadeem ALAM**
              **Alien Number 73 132 989**

Dear Secretary Ingalls and Officer Martin:

Under cover of G-28, please again be respectfully advised of The Law Offices of Mark E. Pelosky, P.C.'s current representation of Mr. Syed Nadeem ALAM. *See Exhibit A.*

The purpose of this correspondence is to thank you both kindly for your assistance in attempting to resolve Mr. Alam's matters. The results of our diligence and your efforts is the recent placement of Mr. Alam under an Order of Supervision. *See Exhibit B.*

Additionally, please take any and all necessary and available steps to expedite the processing of Mr. Alam's currently-pending I-130 Relative Petition. Any update on the status of this pending Petition would be greatly appreciated, as would again any assistance you can provide in facilitating its swift administration and approval. Kindly note said Relative Petition has now been pending for years, literally.

Please process, record and file these documents accordingly. Please inform me of any and all matters relating to Syed Nadeem ALAM, and provide me with all information requested as soon as possible. Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look forward to hearing from you at your earliest convenience. Thank you.

                         Regards,
                         Mark E. Pelosky, Esq.

cc:   Syed Nadeem ALAM

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
Mpelosky@lycos.com  **Fax (617) 884 1654**
Tel. (617) 884 8100    (617) 291 6645    (617) 290 9231

February 13, 2003

Ms. Nancy Ingalls, Secretary
Office of the District Director    17th Floor
Immigration & Naturalization Service
United States Department of Justice
JFK Federal Building    Government Center
Boston, MA 02203

     **RE:**   **Syed Nadeem ALAM**
           **Alien Number 73 132 989**

Dear District Director in care of Secretary Ingalls:

Enclosed please find again an executed G-28 indicating The Law Offices of Mark E. Pelosky, P.C.'s current representation of Mr. Syed Nadeem ALAM.

Per your direction provided to me during our February 10, 2003 visit to the District Director's office, attached is a copy of our original correspondence to the District Director "… to request an in-person meeting with you at your earliest convenience as well as to request a status update" on specific matters pertaining to My Alam's immigration matters. *See Exhibit "A".*

As you stated on February 10th, you will now "reroute" this correspondence to ensure we receive a response forthwith and hopefully obtain an in-person meeting with the District Director as soon as possible.

Please process, record and file these documents accordingly. Please inform me of any and all matters relating to Syed Nadeem ALAM, and provide me with all information requested as soon as possible.

Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look forward to hearing from you regarding the requests for information and a meeting with the District Director at your earliest convenience. Thank you.

                    Regards,

                    Mark E. Pelosky, Esq.

cc:   Syed Nadeem ALAM

Attachment

Sent via certified mail, return receipt requested

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150
Mpelosky@verivens.com   Fax (617) 884 1654
Tel. (617) 884 8100   (617) 291 6645   (617) 290 9231

December 2, 2002

District Director
Immigration & Naturalization Service
United States Department of Justice
JFK Federal Building    Government Center
Boston, MA 02203

> RE:   **Syed Nadeem ALAM**
>        **Alien Number 73 132 989**

Dear District Director:

Enclosed please find an executed G-28 indicating The Law Offices of Mark E. Pelosky, P.C.'s current representation of Mr. Syed Nadeem ALAM.

The purpose of this correspondence is to request an in-person meeting with you at your earliest convenience as well as to request a status update and any information related to the following:

- Mr. ALAM's current immigration status and all immigration proceedings related thereto;

- Mr. ALAM's filing of INS Form I-212 on or about February, 2000;

- Mr. ALAM's filing of Motion to Reopen Proceedings on or about November, 1996;

- Mr. ALAM's filing of Motion to Stay Deportation Order Until His Motion is Heard on or about November, 1996

- Mr. ALAM's approved INS Form I-130;

- Mr. ALAM's lawful permanent resident alien status; and

- Other related proceedings.

Please process, record and file these documents accordingly. Please inform me of any and all matters relating to Syed Nadeem ALAM, and provide me with all information requested as soon as possible. Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look forward to hearing from you regarding the requests for information and a meeting with you at your earliest convenience. Thank you.

Regards,
Mark E. Pelosky, Esq.

cc:   Syed Nadeem ALAM
Enclosure

**EXHIBIT**
A

# THE LAW OFFICES OF MARK E. PELOSKY, P.C.

375 Broadway, Suite 207, Chelsea, Massachusetts 02150

Mpelosky@jvcos.com   **Fax (617) 884 1654**

Tel. (617) 884 8100    (617) 291 6645    (617) 290 9231

December 2, 2002

Karen Ann Hayden, Director of Examinations
Examinations Room E – 160
JFK Federal Building
Government Center
Boston, MA 02203

      **RE:   Syed Nadeem ALAM**
            **Alien Number 73 132 989**

Dear Examinations Director Hayden:

Enclosed please find an executed G-28 indicating The Law Offices of Mark E. Pelosky, P.C.'s current representation of Mr. Syed Nadeem ALAM.

The purpose of this correspondence is to request an updated status report on Mr. ALAM's current status and his wife's pending Relative Petition for Mr. ALAM. On November 21, 2002, Mr. ALAM, his wife and I appeared at INS to inquire about the status of this matter. INS Information Officer Omer M. Mubarek briefly investigated this matter, determined its status is in "Exams", and then wrote "EXAMS" in the attached original "EXAMINATIONS INQUIRY" below "FOR INS USE ONLY". He then directed us to complete the remainder of this document and submit it to Examinations; we in turn provided the additional information contained therein and hereby formally request you respond to this inquiry as soon as possible.

Please also to the extent possible provide a status update and any information related to the following:

- Mr. ALAM's current immigration status and all immigration proceedings related thereto;

- Mr. ALAM's filing of INS Form I-212 on or about February, 2000;

- Mr. ALAM's filing of Motion to Reopen Proceedings on or about November, 1996;

- Mr. ALAM's filing of Motion to Stay Deportation Order Until His Motion is Heard on or about November, 1996

- Mr. ALAM's approved INS Form I-130;

- Mr. ALAM's lawful permanent resident alien status; and

- Other related proceedings.

Please process, record and file these documents accordingly. Please inform me of any and all matters relating to Syed Nadeem ALAM, and provide me with all information requested as soon as possible.

Time is of the essence. Your prompt attention to this matter is greatly appreciated.

Please contact me if you are in need of further information in this matter. Otherwise we look forward to hearing from you regarding the requests for information and a meeting with you at your earliest convenience. Thank you.

Regards,

Mark E. Pelosky, Esq.

cc:    Syed Nadeem ALAM

Enclosure

COMMUNICATIONS INQUIRY

DATE __11/21/2__    FILE NUMBER __A 73 132 989__

NAME __Syed Naleem ALAM__

ADDRESS __The Law offices of Mark E. Pelosky, P.C.__
__375 Broadway Suite 207.__
__Chelsea, MA 02150__

DATE OF BIRTH __1965, April 15__    COUNTRY OF BIRTH __PAKISTAN__

DATE OF INTERVIEW __January 20, 2000__

PROBLEM __Mr. Alam and his US-citizen wife Mrs. Alam__
__have a problem because his Relative Petition is still pending and__
__has not been approved. Mr. Alam & his wife had an__
__Interview with INS on or about January 20, 2000, & Thereafter__
__filed additional documentation related Thereto pursuant to INS__
__direction. Since That time, nothing has happened & we now__
__inquire about why That is & what The current status is of his__
__pending Relative Petition.__ ***FOR INS USE ONLY***

FILE LOCATION __EXams__

COMMENTS

_____

_____

_____

_____

SOLUTION



EXHIBIT
D

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Memorandum Creation of Record
of Lawful Permanent Residence

*Correction!*

| Place | |
|---|---|
| **Boston** | |

File No.
**A73132989**

Status as a lawful permanent resident of the United States is accorded:

| Name In care Of | **SYED N ALAM** | | Sex 1 ■ Male 2 □ Female | Date of Birth (Month/Day/Year) **04/15/1965** |
|---|---|---|---|---|
| Street Address | **221 KELTON ST** | | City of Birth **KARACHI** | Country of Birth **PAKISTAN** |
| Apt. No. | **APT 7** | | Country of Nationality **PAKISTAN** | Country of La **PAKISTAI** |
| City,State,Zip | **ALLSTON, MA 02134** | | | |

| Marital Status | 1 □ Single | 2 ■ Married | Occupation | N/I Class at time of Adj. | Year adm. to U.S. N/I Class (whichever |
|---|---|---|---|---|---|
| 3 □ Widowed | 4 □ Divorced | 5 □ Separated | **EXC** | **N/A** | **1994** |

Priority Date (Month/Day/Year)
**N/A**

Preference (if any)
**N/A**

Country to Which Chargeable (if any)
**N/A**

| Section 212 (a)(14) Labor Certification | 1 □ Applicable-Submitted | Not 3 ■ Applicable | Mothers First Name **FATIMA** | Father **SYEI** |
|---|---|---|---|---|

| Last NIV issued at (U.S. Consulate Post) **N/A** | Date of Issuance of Last NIV **N/A** | Number of Last NIV **N/A** | Cl of |
|---|---|---|---|

Under the following provision of law

| | | | □ Other la |
|---|---|---|---|
| □ Public Law 95-412 | □ Sec. 209 (a) of the I & N Act | □ Sec. 249 of the I & N Act | |
| □ Public Law 95-212 | □ Sec. 209 (b) of the I & N Act | □ Sec. 1 of the Act of 11/2/66 | |
| □ Private Law No._____ | □ Ses. 244 ( )( ) of the I & N Act | □ Sec. 13 of the Act of 9/11/57 | |
| of the_____Congress_____Session | ■ Sec. 245 of the I & N Act | □ Sec. 214 (d) of I & N Act | |

As of _____ at **BOSTON**
   (Month)   (Day)   (Year)

*PORT OF ENTRY FOR PERMANENT RESID*

Class of admission(Insert Symbol) **IR6**

BREMARK 212(g)(2)(B)/blanket waiver granted.

RECOMMENDED BY:(Immigration Officer) _____ (Date)

OF
ACTION

DD

**FOR USE BY VISA CONTROL OFFICE**   DISTRICT

Date _____

Foreign State _____

Preference Category _____

Number _____

Month of Issuance _____

Signed _____
   (Visa Office. Dept. of State)

*EXHIBIT E*

*Sup. A#1*

CC:Page 2 Master Index copy sent on _____
CC:Page 3 ADIT and Statistical report copy sent on _____
Form I-181 (Rev.3-1-83) N

145

# UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION AND NATURALIZATION SERVICE

John Fitzgerald Kennedy Federal Building

Government Center

Boston, Massachusetts 02203

**File Number: A73132989**

**Date:**

**SYED N ALAM**

**221 KELTON ST**

**COA:**

**APT 7**
**ALLSTON, MA 02134**

**DOA:**

The application for adjustment of status to that of a permanent resident filed by the above named has been granted.

If you are travelling or need evidence of your alien registration you may present the original of this letter * and your VALID PASSPORT between 7:00am and 3:00pm Monday through Thursday in Room E-160 at John Fitzgerald Kennedy Federal Building to be stamped with temporary evidence of your alien registration.

Steven J. Farquharson
District Director

**Note:**

Your alien registration card will be mailed to you within six to eight months.

This Office will be CLOSED on the third Thursday of every month.

Attorney:    _____

_____

_____

* Copies will NOT BE ACCEPTED.

146

UNIT

# I-485 -- OFFICER'S CHECK-LIST

OFFICER'S NAME ALLEN G. SCM___ DATE OF INTERVIEW JAN 2 6 ___

___Petitioner's ID s/r___ ALL R.O.P.

___Visa petition disposition_____
(approved; I-72's; referred; withdrawn; to be denied; previously approved) and requested from NVC or VSC).

___Fingerprints required and ASC notice given_____

___I-485 appears approvable, pending only:

        ____I-181 clearance

        ____seven-digit fingerprint #

        ____visa #

___I-72 sent_____   ____File to Adjustment CDU

___Additional file required:

A-file____Serv.Ctr. file_____Other_____
(If not requested, please note instructions to clerk on front of file).

___This file has been reviewed by _____ on _____ after receipt of docs/other information and it appears approvable. It is pending only for:

        ___I-181 clearance; ___FBI#; ___visa #

___Other_____

_____
_____
_____

92

**U.S. Department of Justice**
Immigration and Naturalization Service

# Order of Supervision

File No: A73 132 989

Date: April 16, 2003

ALAM, SEYED                    NEDEEM

Name: _____

On **MAY 18, 1994**_____ , you were ordered:
(Date of final order)

☒ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☐ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside _____ **THE BOSTON AREA** _____ for more than 48 hours without first
                                    (Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the *Aust* 1ST day of **MONTH** to this Service office at:

~~unless you are granted written permission to report on another date.~~

☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other: _____
_____

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____
(Signature of INS official)

**JAMES MARTIN SDDO**
(Print name and title of INS official)

---

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ **ENGLISH** the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this subject me to a fine, detention, or prosecution.

_____
(Signature of INS official serving order)

_____
(Signature of INS alien)

April 16, 2003
(Date)

Form I-220B (Rev. 4/1/97)N

EXHIBIT

F

617-565-3304

**TELEPHONIC REPORTING
INFORMATION and AGREEMENT**

**Date:** _____10-27-2004_____

**To:** _____ALAM, SYED N_____,

As an enrollee in the Immigration and Customs Enforcement (ICE) Office of Detention & Removals (DRO) Voice Reporting program, you are required to report into the automated monitoring system __1-800-75.38-2008__

The day you are required to report in appears on this information sheet. You are required to call into the system from phone number 617-739-6587 unless pre-authorized by your DHS officer. Failure to report at the pre-determined time or call from an unapproved phone number could result in a sanction determined by your officer.

## TELEPHONIC REPORTING PROCEDURES

The MSR system is an automated telephone reporting system. You are

1. required to call the system __EVERY MONTH ON THE 15th__
2. Call the MSR System at 1-800-538-7002
3. The system will ask you for your Department ID number. Enter your Department ID Number: __6#__
4. Press 1 for enrollee.
5. Enter your Enrollee ID number (A number): __73 132 989 #__
6. The system will ask you to respond to a series of questions: press 1 for yes or 2 for no.
7. If you respond with a 1, the system will ask you for your new information. Speak clearly your new information into the telephone handset.
8. After speaking your new information, press the # sign on your telephone.

9.    The system will then proceed to the next question.
10.   Once the system complete the questions, the system may make an announcement.
11.   After completion of any announcement, you may hang up the phone.

**TELEPHONIC REPORTING AGREEMENT**

1.    I agree not to have the call block feature on the line that I will be using during my voice reporting program.

2.    I agree to report any phone problems (outages) to my DHS officer as soon as they are known.

3.    I agree to keep a working telephone number during the entire term of the voice-reporting program.

4.    I understand and agree that all telephone calls from the monitoring center to my residence will be tape-recorded by the monitoring center contractor.

I acknowledge that I have read (or have had read to me) these instructions, and understand them.

X _Nadeem Alam_    10/27/04    _R. LaRamy_ 10/27/04

Participant Signature / Date          DHS Officer / Date


6-8:23  for        617-734-6567
              221 Kelton St #7, Allston, Ma 02134
              Work  lil peach convenience store Spring St
                    W. Roxbury MA. Some home!
8/1/03  MRL  Subject did report 7/1/03 per DKS
              Next Report 9/2/03
9/1/03  JRD  Reporting IBIS NES
10/1/03  TMF  Replied INGG  told brings in Alid Renewal
              posspord 11/1/03
11/5/03  TTS  Reported Took PTT - order File For Status Report
12-1-03  JNM  Reported No Changes Icleared All of Status
              I-485/I-181 still pending
              Told to Report every 3 Months
3-1-04  JDS  File still w/ exams next report 6/04.
6/1/04  GCL  Reported
9/1/04  MNL  Reported
10/27/04  (RL) Reported in Person & enrolled in Telephonic
         Program, Next Physical Report is 1st Business Day
         Of December 2005, Tel - oth 1x per month (RL)