UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS
Case Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Syed Alam,
Plaintiff

v.

Michael Chertoff
Secretary, US Department of Homeland Security;
Eduardo Aguirre, Jr.
Director, US Citizenship And Immigration Services;
Denis Riordan
Boston District Director, US Citizenship and Immigration Services,
Defendants

**05cv11134 RGS**

MAGISTRATE JUDGE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

Please enter my Appearance as Counsel for Plaintiff Syed Alam in the instant matter, and notify me of all matters related thereto as soon as possible.

Respectfully submitted,

Plaintiff
By his Attorney
The Law Offices of Mark E. Pelosky, P.C.

_____
Mark E. Pelosky, Esq.
BBO #635022
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway, Suite 207, Chelsea, Massachusetts 02150
617-884-8100

May 19, 2005