%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Eastern Division_ District of _Massachusetts_

Syed N ALAM

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff
Secretary, US Department of Homeland Security;
Eduardo Aguirre, Jr.
Director, US Citizenship and Immigration Services;
Denis Riordan
Boston District Director, US Citizenship and Immigration Services,
Defendants

CASE NUMBER:

**05  11134 RGS**

TO: (Name and address of Defendant)

Eduardo Aguirre, Jr.
Director, US Citizenship and Immigration Services
Care of Office of General Counsel
US Department of Homeland Security
Washington, D.C. 20258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark E. Pelosky, Esq.
The Law Offices of Mark E. Pelosky, P.C.
375 Broadway
Suite 207
Chelsea, MA 02150

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

6-1-05

DATE

(By) DEPUTY CLERK