UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SYED N. ALAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Civil Action No. 05-11134-RGS | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| EDUARDO AGUIRRE, JR., Director, US ) | |
| Citizenship and Immigration Services; ) | |
| DENIS RIORDAN, Boston District ) | |
| Director, US Citizenship and Immigration ) | |
| Services, ) | |
| ) | |
| Defendants. ) | |

## ASSENTED TO MOTION FOR EXTENSION OF TIME
## TO ANSWER AND/OR OTHERWISE RESPOND

The defendants respectfully requests an extension of time up to, and including, September 16, 2005, to answer or otherwise respond to the plaintiff's Complaint. Counsel for the United States conferred with counsel for the plaintiff on August 17, 2005. Counsel for the plaintiff assents to the extension of time because the United States is attempting to resolve the dispute without further litigation.

Plaintiff is an individual seeking adjustment of their immigration status with the Bureau of Citizenship and Immigration Services (BCIS). Plaintiff brings this declaratory judgment action to compel BCIS, through a writ of mandamus, to adjudicate their applications for adjustment of status. The parties have agreed to the extension of time for the defendants to

respond in hopes of resolving the dispute without further litigation.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


          /s/ Jeffrey M. Cohen
By:   Jeffrey M. Cohen
      Assistant U.S. Attorney
      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA   02210
      (617) 748-3100

Dated: August 17, 2005

## CERTIFICATION UNDER L.R. 7.1

    I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on August 17, 2005, I spoke with Attorney Mark E. Pelosky and he assented to this Motion for Extension of Time.

          /s/ Jeffrey M. Cohen
          Jeffrey M. Cohen
          Assistant U.S. Attorney