UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS
Case Docket Number 05 CV 11134 RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Syed N Alam, <br> Plaintiff <br><br> v. <br><br> Michael Chertoff <br> Secretary, US Department of Homeland Security; <br> Eduardo Aguirre, Jr. <br> Director, US Citizenship And Immigration Services; <br> Denis Riordan <br> Boston District Director, US Citizenship and Immigration Services, <br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARY DISMISSAL

NOW comes Plaintiff in the instant matter pursuant to all applicable rules, regulations, laws, and procedures, including but not limited to Local Rule 41.1 of the United States District Court for the District of Massachusetts, to voluntary dismiss the instant matter because this case has been favorably resolved by the Defendants to the satisfaction of said Plaintiff.

        Respectfully submitted,
        Plaintiff
        By his Attorney
        The Law Offices of Mark E. Pelosky, P.C.
        ----------------------------
        Mark E. Pelosky, Esq.
        BBO #635022
        The Law Offices of Mark E. Pelosky, P.C.
        375 Broadway, Suite 207, Chelsea, Massachusetts 02150
        617-884-8100

November 22, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS
Case Docket Number 05 CV 11134 RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| Syed N Alam, | \* |
| Plaintiff | \* |
|  | \* |
| v. | \* |
|  | \* |
| Michael Chertoff | \* |
| Secretary, US Department of Homeland Security; | \* |
| Eduardo Aguirre, Jr. | \* |
| Director, US Citizenship And Immigration Services; | \* |
| Denis Riordan | \* |
| Boston District Director, US Citizenship and Immigration Services, | \* |
| Defendants | \* |
|  | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, Mark E. Pelosky, Esq., Attorney for Plaintiff hereby certify on this day that a true copy of the following documents were served upon each party by first class mail, postage prepaid:

NOTICE OF VOLUNTARY DISMISSAL

CERTIFICATE OF SERVICE

To

US DOJ
US Attorney General
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Michael Chertoff,
Secretary, US Department of Homeland Security
Care of Office of General Counsel
US Department of Homeland Security

Washington, DC 20258

Denis Riordan
Boston District Director
US Citizenship and Immigration Services
Care of Office of General Counsel
US Department of Homeland Security
Washington, DC 20258

Eduardo Aguirre, Jr.
Director, US Citizenship and Immigration Services
Care of Office of General Counsel
US Department of Homeland Security
Washington, DC 20258

_____
Mark E. Pelosky, Esq., P.C.
Mark E. Pelosky, Esq.

November 22, 2005